UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. JIMENEZ, | No. 2:19-cv-2267 AC P |
| Plaintiff, | |
| v. | ORDER |
| MARION E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se and in forma pauperis, commenced this civil rights action while incarcerated at High Desert State Prison under the authority of the California Department of Corrections and Rehabilitation (CDCR).[1]  By order filed November 20, 2019, the court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. ECF No. 5. Plaintiff thereafter filed exhibits, ECF No. 12, and a "Notice of Summons" directed to defendants, ECF No. 11.  In addition, two other inmates filed declarations attesting to plaintiff's complaints

---

[1] Review of the Inmate Locator website operated by CDCR indicates that plaintiff may no longer be incarcerated.  See http://inmatelocator.cdcr.ca.gov/search.aspx.  See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").  Plaintiff has not filed a notice of change of address.  Failure to timely file a notice of change of address can result in dismissal.  See Local Rule 182(f) and 183(b).  Plaintiff should notify the court promptly of his current address.

1

1  of pain and need for a cane when walking.  ECF Nos. 9 & 10.

2  On December 18, 2019, plaintiff filed another complaint in this court that was initially filed as a new case, Case No. 2:19-cv-02549 EFB P.  On January 14, 2020 that complaint was filed in the instant case as plaintiff's amended complaint.

The court has now screened the amended complaint under 28 U.S.C. § 1915A and finds that it is identical to plaintiff's original complaint.  Cf. ECF No. 1 at 6-12 & ECF No. 14 at 4-10.  Therefore, the amended complaint does not cure the deficiencies of the original complaint that were noted in the court's screening order.  The court has reviewed plaintiff's exhibits and finds that amendment of the complaint is still warranted.  Plaintiff will be provided one further opportunity to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint, ECF No. 14, is dismissed with leave to file a Second Amended Complaint within thirty (30) days after service of this order.

2. Failure of plaintiff to timely file a Second Amended Complaint will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of Court is directed to send plaintiff, together with a copy of this order: (a) a copy of the form complaint used by prisoners in this district to pursue a civil rights action under 42 U.S.C. § 1983; and (b) a copy of the court's screening order filed November 20, 2020 (ECF No. 5).

DATED: May 21, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2