UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. JIMENEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>MARION E. SPEARMAN, et al.,<br><br>             Defendants. | No.  2:19-cv-2267 AC P<br><br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

      This prisoner civil rights action, filed pursuant to 42 U.S.C. § 1983, is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).  By order filed May 22, 2020, this court dismissed plaintiff's First Amended Complaint with leave to file a Second Amended Complaint within thirty days.  ECF No. 15.  The court informed plaintiff that failure to timely file a Second Amended Complaint would result in a recommendation that this action be dismissed without prejudice.  Id. at 2.

      More than thirty have passed since service of the court's order.  Plaintiff has neither filed a Second Amended Complaint nor otherwise communicated with this court, indicating that he has abandoned this case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a district judge to this action.

///

1

In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for lack of prosecution.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE