UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. JIMENEZ, | No. 2:19-cv-2267 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MARION E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2020, are adopted in full; and

////

1

2.  This action is dismissed without prejudice for lack of prosecution. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Jimi2267.800